Use Tab key to move from field to field on this form.

NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number   1:21-cr-00028-APM-16

**WILLIAM ISAACS**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Natalie A. Napierala, Pro Hac Vice
_(Attorney & Bar ID Number)_

Carlton Fields, N.A.
_(Firm Name)_

405 Lexington Avenue, 36th Floor
_(Street Address)_

New York, New York 10174-0002
_(City)     (State)     (Zip)_

212.785.2747
_(Telephone Number)_