UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | Criminal Case 21-CR-28 |
| | ) | |
| v. | ) | Motions Hearing: September 8, 2021 |
| | ) | |
| WILLIAM ISAACS | ) | Judge Amit P. Mehta |
|     Defendant | ) | |

**NOTICE OF JOINING MOTIONS OF CO-DEFENDANTS**

PLEASE TAKE NOTICE that Defendant William Isaacs ("Mr. Isaacs"), through undersigned counsel, hereby joins and adopts the following motions filed by his co-defendants:

1. Motion to Dismiss Case by Defendant Thomas Caldwell (Docket Entry 240);

2. Motion to Change Venue by Defendant Caldwell (Doc. 273);

3. Motion to Dismiss Counts 1-4 and 12 of the Fourth Superseding Indictment by Defendant Kenneth Harrelson (Doc. 278); and

4. Motion to Dismiss Counts 1-2 for Failure to State an Offense and for Vagueness by Defendant Donovan Crowl (Doc. 288).

Moreover, Mr. Isaacs joins in and incorporates by reference the arguments raised and supporting case law in the above motions. To the extent the motions are fact specific to those defendants, the legal analysis will apply equally to all defendants, if granted.

Furthermore, Mr. Isaacs, unlike co-defendant Caldwell, is not named in Count 12. However, Count 12 includes arguments regarding an "official proceeding" under 18

U.S.C. § 1512(c)(1)—and thus, this Honorable Court's determination on this issue would still be applicable to Mr. Isaacs, who is charged with obstructing an official proceeding under 18 U.S.C. § 1512(c)(2) in Count 2.

Additionally, Mr. Isaacs files this Notice to obtain the Court's rulings on the motions, which will promote the just determination of the case, simplify procedures, and eliminate unjustifiable expense and delay in accordance with Federal Rule of Criminal Procedure 2.

Last, pursuant to Fed. R. Crim. P. 12, Mr. Isaacs reserves his right to file any motion, including, but not limited to, a filing to dismiss charges or for change of venue, by the September 2, 2021, deadline (Doc. 289) set by this Court.

Respectfully submitted,

/s/
Gene Rossi, Esquire
Virginia Bar Number 93136
Carlton Fields, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone: 202-965-8119
Cell: 703-627-2856
Email: grossi@carltonfields.com

Natalie A. Napierala, Esquire
New York State Bar Number 2445468
Carlton Fields, P.A.
36th Floor
405 Lexington Avenue
New York, NY 10174-0002
Telephone: 212-785-2747
Email: nnapierala@carltonfields.com

Charles M. Greene, Esquire

Florida Bar Number 938963
Law Offices of Charles M. Greene, P.A.
55 East Pine Street
Orlando, FL 32801
Telephone: 407-648-1700
Email: cmg@cmgpa.com

*Counsel for Defendant William Isaacs*

## CERTIFICATE OF SERVICE

I hereby certify that the **NOTICE OF JOINING MOTIONS OF CO-DEFENDANTS** was filed with the Clerk of the Court via ECF on Friday, July 9, 2021.

Respectfully submitted,

/s/
Gene Rossi, Esquire