## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | Criminal Case 21-CR-28-APM |
| | ) | |
| v. | ) | Trial: February 1 or April 2023 |
| | ) | |
| WILLIAM ISAACS | ) | Judge Amit P. Mehta |
|     Defendant | ) | |

## FIFTH NOTICE OF JOINING MOTION OF CO-DEFENDANT

PLEASE TAKE NOTICE that Defendant William Isaacs ("Mr. Isaacs"), through undersigned counsel, hereby joins and adopts the motion (ECF Doc. 808) filed by his alleged co-defendant Michael Greene to sever from this matter alleged co-defendant James Beeks, who is pro se and apparently an "island-unto-himself" sovereign citizen. The inclusion of Mr. Beeks, who seems to have an insatiable propensity to challenge the unquestioned authority and integrity of this Honorable Court, in Mr. Isaacs' trial would be highly prejudicial at best.

Additionally, in filing this Fifth Notice, Mr. Isaacs seeks to benefit from this Court's rulings on any severance motions, which will promote the just determination of the case, simplify procedures, and eliminate unjustifiable expense and delay in accordance with Fed. R. Crim. P. 2.

                                                                Respectfully submitted,

                                                                _____/s/_____
                                                                Gene Rossi, Esquire
                                                                D.C. Bar Number 367250
                                                                Carlton Fields, P.A.
                                                                Suite 400 West

1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone: 202-965-8119
Email: grossi@carltonfields.com

Natalie A. Napierala, Esquire
New York State Bar Number 2445468
Carlton Fields, P.A.
36th Floor
405 Lexington Avenue
New York, NY 10174-0002
Telephone: 212-785-2747
Email: nnapierala@carltonfields.com

Charles M. Greene, Esquire
Florida Bar Number 938963
Law Offices of Charles M. Greene, P.A.
55 East Pine Street
Orlando, FL 32801
Telephone: 407-648-1700
Email: cmg@cmgpa.com

*Counsel for Defendant William Isaacs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the **FIFTH NOTICE OF JOINING MOTION OF CO-DEFENDANT** was filed with the Clerk of the Court via ECF on Saturday, December 31, 2022.

Respectfully submitted,

_____/s/_____
Gene Rossi, Esquire
