UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | Criminal Case 21-CR-28-APM |
| | ) | |
| v. | ) | Trial: February 1, 2023 |
| | ) | |
| WILLIAM ISAACS | ) | Judge Amit P. Mehta |
| Defendant | ) | |

## SIXTH NOTICE OF JOINING A MOTION

PLEASE TAKE NOTICE that Defendant William Isaacs ("Mr. Isaacs"), through undersigned counsel, hereby supports co-defendant Michael Greene's motion for a continuance (Doc. 819).

Specifically, he joins in and incorporates by reference the excellent and cogent arguments raised in the adopted motion. Most important, Mr. Isaacs respectfully submits to this Honorable Court that his right to the effective assistance of counsel will be greatly compromised in light of the government's January 9, 2023 (9:40 p.m.), production of an immense amount of materials (e.g., transcripts from an astounding 255 witnesses) from the U.S. House Select Committee to Investigate the events on January 6, 2021. We cannot punctuate the following point enough: it will take herculean efforts at best to properly peruse and analyze this massive tranche of discovery.

While he is most respectfully mindful of this Court's desire to protect its heavy calendar, Mr. Isaacs strongly believes that his Sixth Amendment rights will be significantly diluted, if the current trial date is maintained. Therefore, we ask that this Court grant the motion to continue.

Respectfully submitted,   *Wednesday*
                          *1/11/2023*

*Gene Rossi*

Gene Rossi, Esquire
D.C. Bar Number 367250
Carlton Fields, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone: 202-965-8119
Email: grossi@carltonfields.com

Natalie A. Napierala, Esquire
New York State Bar Number 2445468
Carlton Fields, P.A.
36th Floor
405 Lexington Avenue
New York, NY 10174-0002
Telephone: 212-785-2747
Email: nnapierala@carltonfields.com

Charles M. Greene, Esquire
Florida Bar Number 938963
Law Offices of Charles M. Greene, P.A.
55 East Pine Street
Orlando, FL 32801
Telephone: 407-648-1700
Email: cmg@cmgpa.com

*Counsel for Defendant William Isaacs*

## CERTIFICATE OF SERVICE

I hereby certify that the **SIXTH NOTICE OF JOINING A MOTION** was filed with the Clerk of the Court via ECF on Wednesday, January 11, 2023.

Respectfully submitted,

*Gene Rossi*
_____
Gene Rossi, Esquire