## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | Criminal Case 21-CR-28 |
| | ) | |
| v. | ) | Sentencing: August 29 and 30, 2023 |
| | ) | |
| WILLIAM ISAACS | ) | Judge Amit P. Mehta |
| Defendant | ) | |

### Motion To Remove Location Monitoring

Defendant William Isaacs, by and through his counsel, hereby asks this Honorable Court to issue an order to with conditions nearly identical to the January 26, 2023, order (ECF Doc. 843).  The major purpose of this motion for a second order is to allow Mr. Isaacs to travel to and from his Rule 32 hearing (August 29 and 31, 2023) without location monitoring devices.  The U.S. Pretrial Officer does not oppose this motion.

Respectfully submitted,

_____/s/_____
Gene Rossi, Esquire
D.C Bar Number 367250
Carlton Fields, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone: 202-965-8119
Cell: 703-627-2856
Email: grossi@carltonfields.com

Natalie A. Napierala, Esquire
New York State Bar Number 2445468
Carlton Fields, P.A.
36th Floor

405 Lexington Avenue  
New York, NY 10174-0002  
Telephone: 212-785-2747  
Email: nnapierala@carltonfields.com

Charles M. Greene, Esquire  
Florida Bar Number 938963  
Law Offices of Charles M. Greene, P.A.  
55 East Pine Street  
Orlando, FL 32801  
Telephone: 407-648-1700  
Email: cmg@cmgpa.com

*Counsel for Defendant William Isaacs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the Defendant's **Motion To Remove Location Monitoring** was filed with the Clerk of the Court via ECF on Thursday, August 24, 2023.

                                              Respectfully submitted,

                                                     /s/
                                             Gene Rossi, Esquire