UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | Criminal Case 21-CR-28 |
| ) | |
| v. ) | Sentencing: August 29 & 31, 2023 |
| ) | |
| WILLIAM ISAACS ) | Judge Amit P. Mehta |
| Defendant ) | |

### SUPPLEMENTAL SENTENCING MEMORANDUM

Defendant William Isaacs ("Defendant" or "Mr. Isaacs") hereby files a supplemental sentencing memorandum with this Honorable Court.

At the August 31, 2023, hearing, the Defendant's birth mother (Elizabeth Santoro, who testified at the trial) wishes to make a heartfelt statement to the Court about the trials and tribulations of his life. In addition to his earlier years as a child, she will also focus on 2018-21. Ms. Santoro, who shared joint custody of her son, will describe in more detail the three attached exhibits (photos), which counsel obtained late on August 24, 2023. The photos show the horrible moment when the Defendant was "kicked out" of his late father's home shortly after his own stepmother told him to leave during the *afternoon of his father's funeral.* An impeccably callous bit of timing for a fragile teen with ASD.

The Court may recall Mr. Isaacs' testimony about how he unsuccessfully tried to save the life of his twenty-five-year firefighter father (his hero), who had a secret addition to narcotics (morphine and Valium) that caused him to overdose in their home

on January 30, 2019.  Despite Mr. Isaacs' valiant efforts to provide CPR, the father may have perished in his arms.

His father's funeral was held a couple of days later.  The photos show how his belongings were placed on the street by the stepmother either on the day of the funeral or shortly after.  Mr. Isaacs then moved into a home along with his aging grandmother, who had serious mental health and medical issues.  During 2019 to January 6, Mr. Isaacs led quite an isolated life living with his grandmother.  His mother will describe how challenging that was for him.

Mr. Isaacs' mother, who has significant training in the area of ASD and has two sons diagnosed with it, will further describe the undue negative influence of his paternal aunt, who, unfortunately:  (1) inserted herself into his life after her brother's death during a very dark period, (2) essentially "preyed upon and groomed William" with bizarre political conspiracy theories, (3) questioned whether the world was round or flat (per Mr. Isaacs, a sure sign of "insanity"), and (4) was for all intents and purposes--a controlling "political pedophile."

Ms. Santoro will further state that although her son was officially an older teenager in 2019, Mr. Isaacs' ASD made him a much younger teenager emotionally and socially.  Thus, her son was more easily susceptible to the constant brainwashing barrage of political propaganda (e.g., the infamous "Big Lie"), as well as to the hate-filled prejudiced bile, from his manipulative aunt.

3

Respectfully submitted,

*Friday 8/25/2023*

*/s/ Gene Rossi*
Gene Rossi, Esquire
D.C Bar Number 367250
Carlton Fields, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone: 202-965-8119
Cell: 703-627-2856
Email: grossi@carltonfields.com

Natalie A. Napierala, Esquire
New York State Bar Number 2445468
Carlton Fields, P.A.
36th Floor
405 Lexington Avenue
New York, NY 10174-0002
Telephone: 212-785-2747
Email: nnapierala@carltonfields.com

Charles M. Greene, Esquire
Florida Bar Number 938963
Law Offices of Charles M. Greene, P.A.
55 East Pine Street
Orlando, FL 32801
Telephone: 407-648-1700
Email: cmg@cmgpa.com

*Counsel for Defendant William Isaacs*

## CERTIFICATE OF SERVICE

I hereby certify that Mr. Isaacs' supplemental sentencing memorandum was filed with the Clerk of the Court via ECF on Friday, August 25, 2023.

Respectfully submitted,

_____/s/_____
Gene Rossi, Esquire