**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | Criminal Case 21-CR-28 |
| | ) | |
| v. | ) | Sentencing: August 29 & 31, 2023 |
| | ) | |
| WILLIAM ISAACS | ) | Judge Amit P. Mehta |
| Defendant | ) | |

**SECOND SUPPLEMENTAL SENTENCING MEMORANDUM**

Defendant William Isaacs ("Defendant" or "Mr. Isaacs") hereby files a second supplemental sentencing memorandum with this Honorable Court.

During the afternoon of Sunday, August 27, 2023, a letter (attached) apparently written by Defendant's uncle (Luis Hallon) was left at the home of Mr. Isaacs. Mr. Isaacs and his counsel neither asked for, solicited, nor were ever aware that such a letter would be written on his behalf.

Respectfully submitted,

_____/s/_____
Gene Rossi, Esquire
D.C Bar Number 367250
Carlton Fields, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone: 202-965-8119
Cell: 703-627-2856
Email: grossi@carltonfields.com

Natalie A. Napierala, Esquire
New York State Bar Number 2445468
Carlton Fields, P.A.
36th Floor

405 Lexington Avenue
New York, NY 10174-0002
Telephone: 212-785-2747
Email: nnapierala@carltonfields.com

Charles M. Greene, Esquire
Florida Bar Number 938963
Law Offices of Charles M. Greene, P.A.
55 East Pine Street
Orlando, FL 32801
Telephone: 407-648-1700
Email: cmg@cmgpa.com

*Counsel for Defendant William Isaacs*

## **CERTIFICATE OF SERVICE**

I hereby certify that Mr. Isaacs' second supplemental sentencing memorandum was filed with the Clerk of the Court via ECF on Monday, August 28, 2023.

Respectfully submitted,

/s/
Gene Rossi, Esquire