Case 1:21-cr-00028-APM   Document 1044-1   Filed 08/28/23   Page 1 of 2

[SUNDAY AUGUST 27, 2023]

Judge Mehta,

My name is Luis Hallon and I am William's uncle. He was with us on the trip to Washington on Jan 6. We invited him to go with us. My wife heard about the Oathkeepers looking for security volunteers and thought it was a great opportunity for William. He is shy, he doesn't have any real close friends and has been through terrible trauma since his father died in 2019. William was studying to be an EMT and my wife felt he might benefit from the experience too. He would have a chance to meet speakers and be on the Elipse when the President spoke. There were no other plans for this trip other than that. William was not part of any inner Oathkeeper workings. He doesn't know anyone in the group and neither did my wife. He did not have any plans to take over the government either. He was there for a security detail only. My wife has spent the last nearly three years agonizing about that choice. She will always blame herself. She loves William as much as our own children. William's father was my wife's beloved brother, and she considered it her duty to care for him. She still does. The failure on this level is beyond words. At no time did she, did we, ever think that something would go so wrong that day.

As you heard during trial, William is autistic and this is something that my wife did not take into consideration. She never expected his disability would play into any decision making on Jan 6 because she didn't anticipate trouble. She assumed William would be perfectly safe among firefighters, former military men and women, and police officers – the very people we call heroes every single day. William's late father was a 20-year EMS Captain, my wife was a paramedic and firefighter, his uncle an assistant fire chief, and his grandmother retired from the fire department. William was studying to follow in the family tradition until his arrest.

We were not with William that day but we should have been, especially in light of his autism. The failure to look out for him properly is beyond words and it has cost William the beautiful future he had. He was top in his class, on the President's List in college when he was arrested.

Our entire family is asking that you consider Willliam's circumstances, his entire life both past and future, before his sentence. He is young and could recover his life. He is a wonderful young man, respectful and kind, loving, motivated to accomplish goals in his life.

William has, at such a young age, been through unfathomable trauma. He was at the home the night his father died. In fact, I can still see the home security footage of him pacing the lawn awaiting the ambulance. That night William lost everything that he ever knew – the home he grew up, his brothers, his sense of security and stability, all gone. William's stepmother asked all three brothers to leave the day we buried his father. They were left with nothing.

It hadn't been a year since his father died when we all went to Washington. This was a family trip and we planned on sightseeing before heading home. Instead, we went from one tragedy to another in the struggle for William's life. The stress proved too much for William's grandmother; she is currently dying here at our home under the care of my wife and Hospice.

[Page 1 of 2]

How, now, do we pick up the pieces of this never-ending nightmare and get William back on his feet? We do have some plans. We can only pray that you will weight William's entire life – see him for the complete person that we do. He has never run afoul of the law before and never will again. He is loved and so needed by our entire family, most especially his younger autistic brother. William has always expressed a desire to care for his brother. We need William home, back on track at school, laying the foundation for the incredible track he had been on.

Please send him home to us.

Thank you,

Luis Hallon

CELL: (310) 345 2829
EMAIL: LHALLON@GMAIL.COM

[SUNDAY AUGUST 27, 2023
Page 2 of 2]